**John Collins**
**Federal Register Number** 05312-070
**Federal Correctional Institution Ray Brook**
**Post Office Box 900**
**Ray Brook, New York** 12977

July 8, 2005

United States District Court
Federal Building and U.S Courthouse
One Exchange Terrace
Room 119
Providence, RI 02903-1779
**Attention:** Office Of The Clerk Of Court

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Re:** United States Of America v. John L. Collins
Docket Number 1:03-CR-00051-01S

Dear Sir/Madam,

Greetings, I am writing to you today regarding the above-captioned matter. On 10-31-2003, I was sentenced before the Honorable Judge Smith, to a prison term of 210 months that is to be followed by a 5 year term of Supervised release.

The purpose of this letter is to request the following material. I would like copies of 1.) My Plea Agreement, 2.) The Sentencing Transcripts, 3.) The Master Docket Sheet, 4.) My criminal Histroy, 5.) The Plea Colloqoy, and 6.) The Indictment.

All of this information is necessary for me to continue my litigation. I would like to request that all of this information be forwarded to me at the address listed at the heading of this page. Also, when sending reply material, kindly

lable the face of all reply envelopes as follows: **LEGAL MAIL/ TO BE OPENED IN THE PRESENCE OF THE INMATE ONLY.**

In closing, I would like to thank you for all of your time and assistance concerning this request and I am looking forward to your prompt reply.

Very Truly Yours,

John L. Collins

John L. Collins

cc: File